## RAWLINGS *v.* BROWN *et al.*

HOLDEN, J. Under the pleadings and the evidence, there was no abuse of discretion in refusing an interlocutory injunction.

> *Judgment affirmed. Beck, J., absent. The other Justices concur.*
> OCTOBER 12, 1911.

Petition for injunction. Before Judge Walker. Johnson superior court. February 9, 1911.

*Hines & Jordan, A. R. Wright,* and *E. L. Stephens,* for plaintiff. *A. L. Hatcher,* for defendants.